UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

LEROY WONS,

        Petitioner,               Case No. 1:20-cv-976

v.                                 Honorable Paul L. Maloney

MINDY BRAMAN,

        Respondent.
_____/

## **JUDGMENT**

In accordance with the opinion entered October 21, 2020 (ECF No. 3), and the order entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITH PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases because it is barred by the statute of limitations

Dated:  November 13, 2020              /s/ Paul L. Maloney
                                                    Paul L. Maloney
                                                      United States District Judge